# MEMORANDA

OF

DECISIONS RENDERED WITHOUT WRITTEN OPINIONS, DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 2,824.—STATE EX REL. W. A. O'BRIEN, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT, RESPONDENT.

Original application for writ of mandate.

Decided December 31, 1909.

PER CURIAM.—The relator's petition for a writ of mandate herein, this day submitted, is, after due consideration by the court, denied.

*Messrs. Canning & Keating,* for Relator.